UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

WOWWEE GROUP LIMITED, WOWWEE CANADA, INC.,
and WOWWEE USA, INC.,
        Plaintiffs,

  - against -

AAIWA ELECTRONIC TECHNOLOGY CO.,
LTD., et al.,

        Defendants.

------------------------------------------X

17 Civ. 7969 (RWS)

O R D E R

**Sweet, D.J.**

    Defendants' Motion to Dismiss shall be heard at 11:00 AM on Wednesday, December 13, 2017, Courtroom 18C, United States Courthouse, 500 Pearl Street. All papers shall be served in accordance with Local Civil Rule 6.1.

    It is so ordered.

**New York, NY**
**November 14, 2017**

                                ROBERT W. SWEET
                                U.S.D.J.