Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Spencer J. Wolgang (SW 2389)
swolgang@ipcounselors.com
Mary Kate Brennan (MB 5595)
mbrennan@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiffs*
*WowWee Group Limited,*
*WowWee Canada, Inc. and*
*WowWee USA, Inc.*





UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WOWWEE GROUP LIMITED, WOWWEE CANADA, INC., and WOWWEE USA, INC.,
*Plaintiffs*

v.

AAIWA ELECTRONIC TECHNOLOGY CO., LTD., *ET AL.*
*Defendants*

**CIVIL ACTION No.**
**1:17-cv-07969 (RWS)**

### NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs WowWee Group Limited, WowWee Canada, Inc. and WowWee USA, Inc. ("WowWee" or "Plaintiffs"), by their undersigned attorneys, hereby give notice of dismissal of all claims against Defendant TuKIIE in the above-captioned action, with prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

Dated: November 16, 2017

Respectfully submitted,

EPSTEIN DRANGEL LLP

BY: _____
Mary Kate Brennan (MB 5595)
mbrennan@ipcounselors.com
Spencer J. Wolgang (SW 2389)
swolgang@ipcounselors.com
Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiffs
WowWee Group Limited,
WowWee Canada, Inc. and
WowWee USA, Inc.*

**It is so ORDERED.**

Signed at New York, NY on _11.20_, 2017.

_____
Judge Robert W. Sweet
United States District Judge

2