# EXHIBIT B

# DEFENDANT Shenzhen Bolt Innovation Technology Co., Ltd.

**Mary Kate Brennan**

| | |
|---|---|
| **From:** | feedback@service.alibaba.com |
| **Sent:** | Tuesday, October 31, 2017 11:09 AM |
| **To:** | Epstein Drangel LLP |
| **Subject:** | [Alibaba Reply Notification] Tina Qin has replied you [spam - heur] |

  Trade Center                                                IP:121.**.***.213

## Tina Qin from China (Mainland) has replied you

[ **Reply Now** ]      [ Manage Your Orders ]

 Tina Qin       Shenzhen Bolt Innovation Technology Co., Ltd.

Hi Jason Drangel

Dear Sir

I am surprised to find that our Alipay is frozen. My English is not good, I don't understand the intend of your email here. We were advised that you need to follow the Hague Service Convention if you want to send us judicial documents. It is forbidden to force default judgment without confirmation that the document is received and hearing my reply.And we have reported to the Chinese Ministry of Justice and the Ministry of Foreign Affairs that they will help us deal with the same experience of this incident.

Thanks

TIna

FAQ:

1. Tips for International Trading on Alibaba.com

2. Some top tips for safe trading on Alibaba.com

1

# DEFENDANT Shenzhen Listing Technology Co., Ltd.

**My Alibaba**

g Solution Survey Learn more

ll Inquiries

ere...

Unread

: Inquiry from Jason

Tina Qin                                11:08
1YRS

: Inquiry from Jason

zelda chen                        2017-10-30
5YRS

: Inquiry from Jason

Kiki Tang                           2017-10-30
1YRS

l relative quotation
nended from vicky chen

vicky chen                         2017-10-27
3YRS

: Inquiry from Jason

Muriel Zhao                        2017-10-26
4YRS

: Inquiry from Jason

Tina Shu                             2017-10-26
1YRS

Mrs. Tina Qin

Chat Now!

Shenzhen Bolt Innovation Techn...                    ID: 100557692407
1YRS

Show more

(Sent on behalf of Mary Kate Brennan.)

⚠ Notice: Please keep contacting your buyer/supplier in the Message Center, otherwise you may undertake risks in future.

ⓘ Notification

Rate your supplier's reply (ANONYMOUS):

😞        🙁        😐        🙂        😍
Very bad   Bad      Neutral   Good     Great

Tina Qin   2017-10-31 11:08

Dear Sir

I am surprised to find that our Alipay is frozen. My English is not good, I don't understand the intend of your email here. We were advised that you need to follow the Hague Service Convention if you want to send us judicial documents. It is forbidden to force default judgment without confirmation that the document is received and hearing my reply. And we have reported to the Chinese Ministry of Justice and the Ministry of Foreign Affairs that they will help us deal with the same experience of this incident.

Thanks
Tina

⚠ Notice: Please keep contacting your buyer/supplier in the Message Center, otherwise you may undertake risks in future.

Jason Drangel   11:04

Dear Sir/Madam,

Thank you for your reply. Please contact us via THE MESSAGE BOX ON OUR LAWSUIT WEBSITE which can be accessed via the following link:
http://www.ipcounselorslawsuit.com/wowwee-aaiwa/

# DEFENDANT Anthony's International Trade

# Mary Kate Brennan

| | |
|---|---|
| **From:** | Snow Jon <jonsnow0825@gmail.com> |
| **Sent:** | Thursday, October 26, 2017 10:18 PM |
| **To:** | Epstein Drangel LLP |
| **Subject:** | AliExpress Seller-Anthony's International Trade [text][spam - sls] |
| **Categories:** | Green Category |

Notice of Lawsuit and Order to Show Cause – Defendant Anthnoy's International Trade - Civil Case No. 17-cv-7969 (RWS); WowWee Group Limited, WowWee Canada, Inc., and WowWee USA, Inc. v. Aaiwa Electronic Technology Co., Ltd., et al.

Dear Sir/Madam:
 We apologize for our infringement! We don't know about the infringement, because there are a lot of sellers upload this product on Aliexpress, so we also released this product! We sold a total of 17 orders, but we didn't send the infringing order because we knew it was infringement. We can provide information on all 17 orders, including logistics information. We also timely removed the infringing products!Will contact the buyers and tell them to cancel the orders and return their money!We apologize again for our infringement. I can't really attend the hearing, I'm just a regular little seller, I don't have enough money to get a U.S. visa, I don't have enough cash to buy a plane ticket or hire a lawyer! I need to take care of my elderly parents and children,I am the pillar of my family. Hope you can understand! Not all sellers know about infringement, and if they can really understand, maybe they won't do it! Sincere reply... Only hope can be forgiven.
Anthony's International Trade

1

# DEFENDANT Aawia Electronic Technology Co., Ltd.

**Perfect Electronic**
17/10/30 06:41

I am surprised to find that you attack my Paypal account. My English is not good, I don't understand the intend of your email here. We were advised that you need to follow the Hague Service Convention if you want to send us judicial documents. It is forbidden to force default judgment without confirmation that the document is received and hearing my reply.And we have reported to the Chinese Ministry of Justice and the Ministry of Foreign Affairs that they will help us deal with the same experience of this incident.
(First, we do not use your trademark WowWee, second, Fingerlings ownership is a company in mainland China that we can use it. Third, our products is not the same appearance with yours, not the same packaging. So it is not infringing products)

Original photo

> I am surprised to find that you attack my Paypal account. My English is not good, I don't understand the intend of your email here. We were advised that you need to follow the Hague Service Convention if you want to send us judicial documents. It is forbidden to force default judgment without confirmation that the document is received and hearing my reply.And we have reported to the Chinese Ministry of Justice and the Ministry of Foreign Affairs that they will help us deal with the same experience of this incident.
>
> (First, we do not use your trademark WowWee, second, Fingerlings ownership is a company in mainland China that we can use it. Third, our products is not the same appearance with yours, not the same packaging. So it is not infringing products)
>
> You may address it to:
>
> Defendant 被告：广州完美科技公司
>
> Correspondence收件人：卢政转李生
>
> Address地址：广州市白云区钟落潭镇长腰岭石榴巷17号，China
>
> Dated：2017.10.29

**Me**
17/10/26 08:10

Notice of Lawsuit and Order to Show Cause – Defendant Aaiwa Electronic Technology Co.,Ltd - Civil Case No. 17-cv-7969 (RWS); WowWee Group Limited, WowWee Canada, Inc., and WowWee USA, Inc. v. Aaiwa Electronic Technology Co., Ltd., et al.

Dear Sir/Madam:

We are legal counsel to Plaintiffs WowWee Group Limited, WowWee Canada, Inc., and WowWee USA, Inc. ("Plaintiffs" or "WowWee"). This letter serves as notice that a lawsuit has been filed by WowWee against you, Aaiwa Electronic Technology Co.,Ltd ("Defendant") in the United States District Court for the Southern District of New York, Case No. 17-cv-7969 (RWS) ("Lawsuit"). All relevant documents relevant can be accessed and downloaded here: http://www.ipcounselorslawsuit.com/wowwee-aaiwa