Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:     (212) 292-5390
Facsimile:      (212) 292-5391
*Attorneys for Plaintiffs*
*WowWee Group Limited,*
*WowWee Canada, Inc., and*
*WowWee USA, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WOWWEE GROUP LIMITED, WOWWEE CANADA, INC., and WOWWEE USA, INC., *Plaintiffs* <br><br> v. <br><br> AAIWA ELECTRONIC TECHNOLOGY CO., LTD., *et al*, *Defendants* | **CIVIL ACTION No.** <br> **1:17-cv-07969 (RWS)** |

## NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs WowWee Group Limited, WowWee Canada, Inc., and WowWee USA, Inc. ("WowWee" or "Plaintiffs"), by their undersigned attorneys, hereby give notice of dismissal of all claims against Defendant Shenzhen Orebo Technologies Ltd. in the above-captioned action, with prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

Dated: March 14, 2019                                          Respectfully submitted,

EPSTEIN DRANGEL LLP

BY: _____/s/ Ashly E. Sands_____
Ashly E. Sands (AS 7715)
swolgang@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiffs
WowWee Group Limited,
WowWee Canada, Inc., and
WowWee USA, Inc.*

**It is so ORDERED.**

Signed at New York, NY on _____ ___, 2019.

_____
Judge Robert W. Sweet
United States District Judge